UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                           PLAINTIFF

v.                         CASE NO. 4:23-CR-00276-BSM 2-42

KEITH WAYNE BROWN, et al.                                                        DEFENDANTS

## ORDER

The government's joint motion to continue the September 23, 2024 and September 30, 2024 trial [Doc. No. 515] is granted. A short continuance is necessary as an additional twenty-four defendants were charged and the majority arraigned on August 29, 2024.

Failure to grant a continuance would deny defendant reasonable time for effective preparation, taking into account the exercise of due diligence. Further, in that the continuance is given upon defendant's motion, the continuance satisfies the ends of justice and outweighs the public's and defendant's interest in a speedy trial. The trial is continued to January 21, 2025, at 9:30 a.m. in Courtroom #2D. The period of delay resulting from the continuance is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED this 9th day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE